BEFORE THE SECOND DIVISION, SEPTEMBER 13, 1967

**No. P67/303.**—United Import Sales, Inc., et al. *v.* United States, protests 62/2957, etc. (Los Angeles).

RAO, C. J.   In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), and that the items of merchandise marked "B" consist of horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claims of the plaintiffs were sustained.

**No. P67/304.**—William Shaland Corp. *v.* United States, protests 66/43313, etc. (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiff was sustained.